**UNITED STATES of America, Plaintiff—Appellee,**

v.

**James Edward ELLERBE, Defendant—Appellant.**

No. 12–6699.

United States Court of Appeals, Fourth Circuit.

Submitted: June 27, 2012.

Decided: July 16, 2012.

James Edward Ellerbe, Appellant Pro Se. John Samuel Bowler, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Ellerbe appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Ellerbe*, No. 5:97–cr–00100–BR–1 (E.D.N.C. Apr. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*